IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RONALD PRINTER BENSON,**<br><br>Supervised Releasee | NO. 5: 07-MJ-03-08 (CWH)<br><br>VIOLATION OF SUPERVISED RELEASE<br>CASE NO. 1:97-CR-70-01 — N.D. Georgia<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA

## ORDER OF REMOVAL

A warrant having been issued in the **NORTHERN DISTRICT OF GEORGIA** for the arrest of Supervised Releasee **RONALD PRINTER BENSON** in connection with the sentence of SUPERVISED RELEASE imposed upon him in that district on August 28, 1997, by the Honorable Frank M. Hull, UNITED STATES DISTRICT JUDGE, and said supervised releasee having been arrested in the MIDDLE DISTRICT OF GEORGIA on allegations that he has violated his sentence of SUPERVISED RELEASE; at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5(a)(2)(B) and Rule 32.1(a)(1)(B) and (a)(5)(B) of the *Federal Rules of Criminal Procedure*, Mr. Benson, represented by counsel, was provided pertinent documentation and admitted his identity.

Under Rule 32.1(a)(6) and 18 U.S.C. §3143(a), the court finds that release of Mr. Benson from the custody of the United States Marshal is <u>not</u> appropriate under the circumstances of this case due to his status as a supervised releasee and behavior leading to the allegations now pending against him, to-wit: violation of State criminal law. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the **NORTHERN DISTRICT OF GEORGIA** upon the appearance of Mr. Benson in that district, the supervised releasee specifically reserving his right to a Detention Hearing. Accordingly, YOU ARE HEREBY COMMANDED to TEMPORARILY DETAIN the said RONALD PRINTER BENSON, REMOVE him FORTHWITH to the **NORTHERN DISTRICT OF GEORGIA**, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 27th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE